Kit M. Stetina (SBN 82,977)
Stephen Z. Vegh (SBN 174,713)
STETINA BRUNDA GARRED & BRUCKER
75 Enterprise, Suite 250
Aliso Viejo, CA 92656
Email: litigate@stetinalaw.com
Tel: (949) 855-1246
Fax: (949) 855-6371

Attorneys for Plaintiff
TOESOX, INC.

STETINA BRUNDA GARRED & BRUCKER
75 ENTERPRISE, SUITE 250
ALISO VIEJO, CALIFORNIA 92656
PHONE: (949) 855-1246; FACSIMILE: (949) 855-6371

# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOESOX, INC., a California corporation,<br><br>       Plaintiff<br><br>vs.<br><br>PROSOURCE DISCOUNTS INC., a California Corporation; and DOES 1-10, inclusive,<br><br>       Defendants | Case No. **'14CV0874 AJB BLM**<br><br>**COMPLAINT FOR PATENT INFRINGEMENT OF U.S. PATENT NO. 7,346,935**<br><br>**DEMAND FOR JURY TRIAL** |

The Prosource Discounts Inc. manufactures, sells, offers for sales, imports and uses a five-toed sock under the brand "Prosource" (hereinafter "the Prosource sock"). The Prosource sock infringes one or more claims of U.S. Patent No. 7,346,935, the current assignee of which is Plaintiff TOESOX, INC.  Accordingly, Plaintiff alleges and complains of Defendant Prosource Discounts Inc. as follows:

## PARTIES

1.     Plaintiff TOESOX, INC is a corporation organized and existing under

the laws of the State of California and has a principal place of business in Carlsbad California.

2.      Defendant Prosource Discounts Inc. is a corporation organized and existing under the laws of the State of California and has a principal place of business at 8943 Oso Ave #C. Prosource Discounts Inc. has several retail stores to promote and sell its products throughout the United States, including an online store located at WWW.PROSOURCEBANDS.COM.

## JURISDICTION AND VENUE

3.      This Court has personal jurisdiction over Defendant Prosource Discounts Inc. under Fed. R. Civ. P. 4(k)(1)(A) and California's long-arm statute, Cal. Civ. Proc. Code § 410.10, as Defendant has continuous business contacts with the State of California, has a business presence in the state of California and has committed the complained-of acts in California, thereby causing damage to Plaintiff in this judicial district.

4.      This Court has subject matter jurisdiction pursuant to the patent laws of the United States, 35 U.S.C. §§ 1 et seq., and pursuant to 28 U.S.C. § 1331 and 28 U.S.C. §1338(a).

5.      Venue is proper in this district under 28 U.S.C. § 1400 because Prosource Discounts Inc. has committed acts of infringement and has a regular and established place of business in this district.

## BACKGROUND FACTS

6.      On March 25, 2008, United States Patent No. 7,346,935 entitled "Stretchable High Friction Socks" ("the '935 patent") was duly and legally issued to Joe Patterson. A true copy of the '935 patent is attached hereto as Exhibit A.

7.      TOESOX is the record owner by assignment of the '935 patent with full and exclusive right to bring suit to enforce this patent.

8.      The '935 patent relates generally to foot apparel, including a woven sock having a multitude of high friction buttons arrayed around the bottom thereof.

STETINA BRUNDA GARRED & BRUCKER
75 ENTERPRISE, SUITE 250
ALISO VIEJO, CALIFORNIA 926636
PHONE: (949) 855-1246; FACSIMILE: (949) 855-6371

STETINA BRUNDA GARRED & BRUCKER
75 ENTERPRISE, SUITE 250
ALISO VIEJO, CALIFORNIA 92656
PHONE: (949) 855-1246; FACSIMILE: (949) 855-6371

9.     Plaintiff purchased from Prosource Discounts Inc. online retail store located at WWW.PROSOURCEBANDS.COM the Prosource yoga sock. The sock is sold under the registered brand named Prosource.

10.     The prosource  registered brand name is owned by Prosource Discounts Inc..

11.     Prosource Discounts Inc. has been and are infringing, contributing to infringement, and/or inducing others to infringe the '935 patent by making, using, offering for sale, selling and/or importing the Prosource yoga sock.   Defendant's acts of infringement have occurred within this district and elsewhere throughout the United States.

12.     Prosource Discounts Inc. has willfully infringed the '935 patent by continuing its acts of infringement after being on notice of these patents.

## COUNT 1
## PATENT INFRINGEMENT

13.     TOESOX hereby realleges and incorporates by this reference paragraphs 1 through 12 above as though fully set forth herein.

14.     In violation of 35 U.S.C. § 271, Prosource Discounts Inc. has infringed and is continuing to infringe, literally and/or under the doctrine of equivalents, the '935 patent by practicing one or more claims of the '935 patent in its manufacture, use, offering for sale, sale and importation of the Prosource yoga sock.

15.     TOESOX has been damaged by Prosource Discounts Inc.'s infringement and, unless Prosource Discounts Inc. is enjoined Prosource Discounts Inc. will continue their infringing activity and TOESOX will continue to be damaged.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff TOESOX prays for the following relief against Prosource Discounts Inc.:

A.     a preliminary and permanent injunction against Prosource Discounts Inc., its officers, agents, servants, employees, attorneys, all parent and subsidiary

corporations, all assignees and successors in interest, and those persons in active concert or participation with Prosource Discounts Inc., enjoining it from continuing acts of infringement of the '935 Patent;

B.    an award of damages under 35 U.S.C. § 284 for Prosource Discounts Inc.'s infringement of the '935 Patent, together with pre-judgment and post-judgment interest;

C.    a trebling of said damages pursuant to 35 U.S.C. § 284;

D.    an award of attorney's fees pursuant to 35 U.S.C. § 285; and

E.    any such other relief that this Court deems just and proper.

Dated:  April 14, 2014                    STETINA BRUNDA GARRED & BRUCKER

By: s/Kit M. Stetina
    Kit M. Stetina
    Attorneys for Plaintiff
    TOESOX, INC.

STETINA BRUNDA GARRED & BRUCKER
75 ENTERPRISE, SUITE 250
ALISO VIEJO, CALIFORNIA 92656
PHONE: (949) 855-1246; FACSIMILE: (949) 855-6371

## **DEMAND FOR JURY TRIAL**

Plaintiff, Toesox, Inc. hereby demands a jury trial in this action.

Dated:  April 14, 2014                    STETINA BRUNDA GARRED & BRUCKER


                                          By: s/Kit M. Stetina
                                               Kit M. Stetina
                                               Attorneys for Plaintiff
                                               TOESOX, INC.

COMPLAINT FOR PATENT INFRINGEMENT OF U.S. PATENT NO. 7,346,935

STETINA BRUNDA GARRED & BRUCKER
75 ENTERPRISE, SUITE 250
ALISO VIEJO, CALIFORNIA 92656
PHONE: (949) 855-1246; FACSIMILE: (949) 855-6371